DAVIS & JACK, L.L.C.
ATTORNEYS AT LAW
P.O. BOX 12686
WICHITA, KS 67277-2686
316-945-8251

Invoice submitted to:
Davis/Brown
Kenneth H. Jack, Attorney for
Carl Davis, Trustee

December 11, 2013

Invoice #47809

Professional Services

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/22/2011 | Review of file; preparation of legal issues memorandum directed to alleged security interest of Legacy Bank in ownership interest of Michelle R. Brown in Kansas Medical Center, LLC. | 1.00 | 220.00 |
| 9/29/2011 | Letter to Robert Minter regarding Legacy Bank's secured claim. | 0.25 | 55.00 |
| 10/17/2011 | Review of file; preparation and filing Complaint (& summons request) on behalf of Carl Davis, Trustee | 1.00 | 220.00 |
| 11/2/2011 | Review of Legacy Bank's Proof of Claim and attachments. | 0.50 | 110.00 |
| 11/21/2011 | Review of Answers to Complaint from Legacy Bank and Michelle Brown and UCC filings received from Carl Davis. | 0.50 | 110.00 |
| 11/23/2011 | Drafting Interrogatories and Request for Production of Documents to Legacy Bank. | 1.50 | 330.00 |
| 12/16/2011 | Preparation and filing Motion for Default Judgment against KMC, LLC. | 1.00 | 220.00 |
| | Review of Notice of Pretrial Scheduling Conference . | 0.15 | 33.00 |
| 12/27/2011 | Review of Michelle Brown's Response to Motion for Default Judgment against Kansas Medical Center, LLC. filed by Ed Nazar. | 0.15 | 33.00 |
| 1/5/2012 | Review of Response to Motion for Default Judgment by Eric Lomas for Kansas Medical Center, LLC. | 0.50 | 110.00 |
| 1/25/2012 | Review of Amended Schedules---Schedule F filed by Ed Nazar. | 0.25 | 55.00 |
| 1/30/2012 | Review of letter from Robert Minter regarding Legacy Bank. | 0.25 | 55.00 |
| 2/10/2012 | Review of letter from Robert Minter regarding Legacy Bank. | 0.25 | 55.00 |
| 2/13/2012 | Preparation, circulation, and filing Report of Parties' Planning Meeting. | 0.75 | 165.00 |
| 2/16/2012 | Attendance at Scheduling Conference; review of Courtroom Minute Sheet. | 0.75 | 165.00 |
| 2/27/2012 | Correspondence with attorneys regarding deposition of Mr. Malloy; preparation and filing Notice of Deposition for Mr. Malloy; phone call with Mr. Lomas. | 1.50 | 330.00 |
| | Preparation of e-mail letter to Eric Lomas regarding ownership of the KMC, LLC interests; review of e-mail response and Mr. Lomas's agreed order resolving the trustees adversary as to Kansas Medical Center, LLC. | 1.00 | 220.00 |
| 2/28/2012 | Review of Commercial Loan Worksheet from Mr. Minter; phone call with Mr. Minter regarding Legacy Bank; phone conference with Mr. Lomas and Mr. Eads; preparation of e-mail to Eric Lomas asking that the distributions history since inception can be provided. | 1.25 | 275.00 |

| | | Hours | Amount |
|---|---|---|---|
| 2/29/2012 | Review of file; assembling and labeling exhibits; preparation for deposition. | 3.00 | 660.00 |
| | Handling deposition of Mr. Malloy. | 2.00 | 440.00 |
| 3/1/2012 | Review of letter from Mr. Minter and attached Michelle Brown Balance Sheet dated 4-26-10. | 0.25 | 55.00 |
| 3/12/2012 | Review of Order Adopting Report of Parties Planning Meeting filed by the Court. | 0.15 | 33.00 |
| 3/16/2012 | Review of Motion For Summary Judgment and supporting documentation filed by Robert Minter for Legacy Bank. | 1.00 | 220.00 |
| 3/19/2012 | Review of Notice of summary judgment letter from Legacy Bank. | 0.10 | 22.00 |
| 3/29/2012 | Correspondence with attorneys regarding depositions of Steven Hadley/KMC and Stephanie Schwarz/Legacy Bank; preparation of Notice of Deposition (Hadley & Schwarz); filing notices for depositions. | 1.25 | 275.00 |
| 3/31/2012 | Correspondence regarding resetting time for deposition of Steven Hadley/KMC; preparation and filing Amended Notice of Deposition. | 0.50 | 110.00 |
| 4/2/2012 | Review of file; preparation for deposition on Steven Hadley/KMC and Stephanie Schwarz/Legacy Bank. | 2.00 | 440.00 |
| | Review of e-mail from Bob Minter regarding Loan Documentation system changed at Legacy Bank. | 0.10 | 22.00 |
| 4/3/2012 | Preparation and handling deposition on Steven Hadley/KMC. | 2.00 | 440.00 |
| 4/4/2012 | Preparation and handling deposition on Stephanie Schwarz of Legacy Bank. | 2.00 | 440.00 |
| 4/5/2012 | Research on LLC security interest issues. | 3.00 | 660.00 |
| 4/6/2012 | Preparation and filing responsive brief to Legacy Bank's Motion for Summary Judgment; preparation and filing Motion for Summary Judgment and Memorandum in Support of motion; preparation of Motion for sealed document; and preparation of Order. | 10.00 | 2,200.00 |
| 4/10/2012 | Preparation of Annex to Trustee's Summary Judgment Memorandums citing 13 cases. | 1.00 | 220.00 |
| 4/25/2012 | Review of KMC's Motion to File Answer to Complaint Out of Time. | 0.10 | 26.50 |
| 4/27/2012 | Review of Mr. Minter's Reply to Response filed by Trustee and Memorandum in Opposition to Legacy Bank's Motion for Summary Judgment and his Objection to Trustee's Motion For Summary Judgment. | 0.75 | 165.00 |
| 6/7/2012 | Review of KMC's Answer to Complaint filed by Eric Lomas. | 0.25 | 55.00 |
| 6/26/2012 | Review of Bankruptcy Court's trial reminder letter | 0.10 | 22.00 |
| 7/9/2012 | Preparation for hearing to present arguments regarding summary judgment motions. | 1.75 | 385.00 |
| 7/10/2012 | Attendance at hearing and presenting arguments regarding summary judgment motions. | 2.00 | 440.00 |
| 9/20/2012 | Review of Decision and Order Granting Legacy Bank's Motion for Summary Judgment and review of Partial Judgment and Decision regarding Complaint. | 1.15 | 253.00 |
| 9/26/2012 | Review of letter from Mr. Minter regarding Judge's decision on summary judgment. | 0.15 | 33.00 |
| 10/2/2012 | Preparation of letter to Mr. Minter and Mr. Eads. | 0.50 | 110.00 |
| 10/4/2012 | Review of letter from Mr. Minter and proposed Agreed Partial Journal Entry of Judgment. | 0.25 | 55.00 |
| 10/16/2012 | Preparation of letter to counsel with new proposals for settlement; drafting Pretrial Order for other counsel's insertions; review of letter from Robert Minter about his questions. | 1.50 | 330.00 |
| 10/17/2012 | Review of letter from Robert Minter about his questions/confusion; preparation of e-mail to Mr. Minter regarding communication about trial level reconsideration and entry of an appealable order. | 0.50 | 110.00 |
| 10/18/2012 | Review of Robert Minter's letter; preparation of responsive e-mail to Mr. Minter. | 0.50 | 110.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/25/2012 | Review of letter from Bob Minter, copy of filed Journal Entry of Foreclosure in state court case; and his proposed Agreed Journal Entry of Judgment; approving journal entry and returned to Mr. Minter; review of Judge's Order; preparation of e-mail to Mr. Minter. | 1.50 | 330.00 |
| 11/6/2012 | Review of letter from Robert Minter declining settlement offer for 1/2 of Dr. Brown's shares in KMC and $10,000 offer of settlement. | 0.25 | 55.00 |
| 11/20/2012 | E-mail to Robert Minter about replacement pgs. 2-3 for journal entry; review of response; review of filed Agreed Partial Journal Entry of Judgment. | 0.50 | 110.00 |
| 11/30/2012 | Preparation and filing Notice of Appeal with US Bankruptcy Appellate Panel. | 0.50 | 110.00 |
| 12/13/2012 | Preparation and filing Designation of Contents for Inclusion in Record On Appeal. | 0.75 | 165.00 |
| | Preparation and filing Combined Entry of Appearance, Statement of Interested Parties, and Statement Regarding Oral Argument. | 0.75 | 165.00 |
| 1/3/2013 | Review of Notice of Mediation Conference filed by Tenth Circuit Mediation Office. | 0.15 | 33.00 |
| 1/24/2013 | Preparation for Mediation conference; Attending Mediation by phone; meeting with Trustee, Carl Davis.. | 3.00 | 660.00 |
| 2/6/2013 | Review of e-mail and accounting of distributions on the units owned by Michelle Brown from Eric Lomas. | 0.25 | 55.00 |
| 2/8/2013 | Review of Motion for Clarification as to Single Unit Held by Amadan Investments, LLC and for Stay of Judgment Pending Disposition filed by Eric Lomas for KMC; drafting objection for Trustee's review. | 1.75 | 385.00 |
| 2/13/2013 | Phone call with mediator in Colorado; discussion with Bankruptcy Trustee regarding settlement. | 1.33 | 293.33 |
| 2/15/2013 | Preparation of e-mail to Mediator, David Aemmer, regarding Trustee response to Legacy Bank's offer. | 0.75 | 165.00 |
| 2/20/2013 | Preparation and filing Objection to Motion of KMC, LLC for Clarification as to Single Unit Held by Amadan Investments, LLC and for Stay of Judgment Pending Disposition of Motion. | 2.50 | 550.00 |
| 2/27/2013 | Phone calls with mediator, David Aemmer, and Creath Pollak regarding settlement negotiations; office conference with Trustee, Carl Davis. | 1.75 | 385.00 |
| 2/28/2013 | Further conference with Trustee, Carl Davis; preparation of responsive e-mail letter to Creath Pollak regarding settlement negotiations. | 1.50 | 330.00 |
| 3/1/2013 | Conference with Trustee; phone conference with mediator, David Aemmer, regarding settlement negotiations. | 1.50 | 330.00 |
| 3/12/2013 | Preparation for mediation. | 1.50 | 330.00 |
| 3/13/2013 | Phone conference with mediator, David Aemmer, regarding settlement negotiations; conference with Trustee. | 1.50 | 330.00 |
| 3/14/2013 | Preparation for hearing; appearance at hearing on Objection to Motion of KMC, LLC for Clarification as to Single Unit Held by Amadan Investments and for Stay of Judgment Pending Disposition of Motion; case continued by Judge Somers to be heard by Judge Nugent. | 1.25 | 275.00 |
| 6/21/2013 | Phone conference with Eric Lomas regarding settlement. | 0.75 | 165.00 |
| 6/24/2013 | Phone conference with Eric Lomas regarding settlement. | 0.50 | 110.00 |
| 6/25/2013 | Preparation of memorandum for Carl regarding ipso facto default effect of KMC Operating Agreement; phone call with Trustee, Carl Davis, regarding hearing issues. | 1.50 | 330.00 |
| | For professional services rendered | 76.13 | $16,753.83 |

Additional Charges :

| | | Amount |
|---|---|---|
| 3/28/2012 | Deposition (Malloy) | 370.30 |
| 4/18/2012 | Depositions - (Hadley & Schwarz) | 288.70 |
| 6/14/2013 | US Bankruptcy Court - Digital Recording | 30.00 |
| | Total costs | $689.00 |
| | Total amount of this bill | $17,442.83 |
| | Balance due | $17,442.83 |

KHJ/lmk