Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

MICHELLE R. BROWN

Case No. 11-12293
Chapter 7

                Debtors

## NOTICE OF CHANGE OF ADDRESS

COMES NOW the debtor, Michelle R. Brown, and hereby notifies the Court of her new address:

        PO Box 782948
        Wichita, KS 67278-2948

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.


/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtor
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2 day of July, 2014, a true and correct copy of the Notice of Change of Address was filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Carl B. Davis
Davis & Jack, L.L.C.
P.O. Box 12686
Wichita, KS 67277-2686
    *Chapter 7 Trustee*

                                        /s/Rhonda Kane
                                        Rhonda Kane
                                        Legal Assistant to Edward J. Nazar